PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 10/99)

FILED-CLERK
U.S. DISTRICT COURT
JAN 30 PM 12:27
TEXAS-EASTERN
BY _____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE Eastern DISTRICT OF TEXAS
### Tyler Division

## PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

6O1CV50

__Jerry Margotta__
PETITIONER
(Full name of Petitioner)

__Joe F. Gurney Unit__
CURRENT PLACE OF CONFINEMENT

__895320__
PRISONER ID NUMBER

VS.

__State of Texas__
RESPONDENT
(Name of TDCJ Director, Warden, Jailor, or authorized person having custody of petitioner)

CASE NUMBER
(Supplied by the Clerk of the District Court)

---

## INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten, and signed by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum.

3. When the Clerk of Court receives the $5.00 filing fee, the Clerk will file your petition if it is in proper order.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-ID, you must send in a certified *In Forma Pauperis* Data Sheet from the institution in which you are confined. If you are in an institution other than TDCJ-ID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only judgments entered by one court may be challenged in a single petition. If you want to challenge judgments entered by different courts, either in the same state or in different states, you must file separate petitions as to each court.

6. Include all your grounds for relief and all the facts that support each ground for relief in this petition.

7. When you have finished filling out the petition, mail <u>the original and two copies</u> to the Clerk of the United States District Court for the federal district within which the State court was held which convicted and sentenced you, or to the federal district in which you are in custody. A "VENUE LIST," which lists U.S. District Courts in Texas, their divisions, and the addresses for the clerk's office for each division, is posted in your unit law library. You may use this list to decide where to mail your petition.

8. Petitions that do not meet these instructions may be returned to you.

---

# PETITION

## What are you challenging? (Check only one)

☑ A judgment of conviction or sentence, probation or deferred-adjudication probation    (Answer Questions 1-4, 5-12 & 20-23)
☐ A parole revocation proceeding.    (Answer Questions 1-4, 13-14, & 20-23)
☐ A disciplinary proceeding.    (Answer Questions 1-4, 15-19 & 20-23)

## All petitioners must answer questions 1-4:

1. Name and location of the court (district and county) which entered the conviction and sentence that you are presently serving or that is under attack: 54th Dist Court McLennen County Waco Texas

2. Date of judgment of conviction: April 28- 1998

3. Length of sentence: 10 years

4. Nature of offense and docket number (if known): Indecency W/ a child by contact.

## Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:

5. What was your plea? (Check one)

   ☐ Not Guilty    ☐ Guilty    ☑ Nolo contendere

6. Kind of trial: (Check one)    ☐ Jury    ☐ Judge Only

-2-    CONTINUED ON NEXT PAGE

7. Did you testify at the trial?  ☐ Yes   ☐ No

8. Did you appeal the judgment of conviction?   ☐ Yes  ☐ No

9. If you did appeal, in what appellate court did you file your direct appeal?

   _____Cause Number (if known) _____

   What was the result of your direct appeal (affirmed, modified or reversed):_____

   What was the date of that decision? _____

   If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

   Result: _____

   Date of result: _____Cause Number (if known):_____

   If you filed a petition for *writ of certiorari* with the United States Supreme Court, answer the following:

   Result: _____

   Date of result: _____

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state application for writ of habeas corpus that you may have filed.

    ☐ Yes   ☐ No

11. If your answer to 10 is "Yes," give the following information:

    Name of court: _____

    Nature of proceeding: _____

    Cause number (if known): _____

    Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court.

    _____

    Grounds raised: _____

CONTINUED ON NEXT PAGE

Date of final decision: _____

Name of court that issued the final decision: _____

As to any *second* petition, application or motion, give the same information:

Name of court: _____

Nature of proceeding: _____

_____

Date (month, day and year) you filed the petition, application or motion as shown by a file-stamped date from the particular court.

_____

Grounds raised: _____

_____

_____

Date of final decision: _____

Name of court that issued the final decision: _____

*If you have filed more than two petitions, applications, or motions, please attach an additional sheet of paper and give the same information about each petition, application, or motion.*

12. Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition?

☐ Yes    ☐ No

    (a) If your answer is "yes," give the name and location of the court that imposed the sentence to be served in the future:

_____

_____

    (b) Give the date and length of the sentence to be served in the future: _____

_____

    (c) Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future?

☐ Yes    ☐ No

CONTINUED ON NEXT PAGE

**Parole Revocation:**

13.　Date and location of your parole revocation: _____

14.　Have you filed any petitions, applications, or motions in any state or federal court challenging your parole revocation?

　　　☐　Yes　　　☐　No

　　If your answer is "yes," complete Question 11 above regarding your parole revocation.

**Disciplinary Proceedings:**

15.　For your original conviction, was there a finding that you used or exhibited a deadly weapon?　☐ Yes　☐ No

16.　Are you eligible for mandatory supervised release?　☐ Yes　☐ No

17.　Name and location of prison or TDCJ Unit that found you guilty of the disciplinary violation:

　　_____

　　Disciplinary case number: _____

18.　Date you were found guilty of the disciplinary violation: _____

　　Did you lose previously earned good-time credits?　☐ Yes　☐ No

　　Identify all punishment imposed, including the length of any punishment if applicable, any changes in custody status, and the number of earned good-time credits lost: _____

　　_____

19.　Did you appeal the finding of guilty through the prison or TDCJ grievance procedure?

　　　☐　Yes　　　☐　No

　　If your answer to Question 19 is "yes," answer the following:

　　Step 1  Result: _____

　　_____

　　　　Date of Result: _____

　　Step 2  Result: _____

　　_____

Date of Result: _____

**All applicants must answer the remaining questions:**

20.  State <u>clearly</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

   **CAUTION:**
   <u>Exhaustion of State Remedies:</u> You must ordinarily present your arguments to the highest state court as to each ground before you can proceed in federal court.
   <u>Subsequent Petitions:</u> If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

Following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement is a separate ground for possible relief. You may raise any grounds, even if not listed below, if you have exhausted your state court remedies. However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your belief that you are being held unlawfully.

<u>DO NOT JUST CHECK ONE OR MORE OF THE LISTED GROUNDS</u>. Instead, you must also STATE the SUPPORTING FACTS for ANY ground you rely upon as the basis for your petition.

(a)  Conviction obtained by a plea of guilty which was unlawfully induced, or not made voluntarily, or made without an understanding of the nature of the charge and the consequences of the plea.

(b)  Conviction obtained by the use of a coerced confession.

(c)  Conviction obtained by the use of evidence gained from an unconstitutional search and seizure.

(d)  Conviction obtained by the use of evidence obtained from an unlawful arrest.

(e)  Conviction obtained by a violation of the privilege against self-incrimination.

(f)  Conviction obtained by the prosecution's failure to tell the defendant about evidence favorable to the defendant.

(g)  Conviction obtained by the action of a grand or petit jury which was unconstitutionally selected and impaneled.

(h)  Conviction obtained by a violation of the protection against double jeopardy.

(i)  Denial of effective assistance of counsel.

(j)  Denial of the right to appeal.

(k)  Violation of my right to due process in a disciplinary action taken by prison officials.

A. **GROUND ONE:** My right to dew processes in a disciplinary action taken by the DA and court

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law):

I was out on appeal when the 10th court of appeals rejected my motion dew to not understanding it. My attorney refiled and it was accepted. I was arrested without reason, rejected bond and put in jail. My bond was good and I had no violations. But now I'm in TDCJ.

B. **GROUND TWO:** No reason was ever given for why I had been arrested. My appeal and bond were still good.

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law):

I do not feel I was or have been treated fair by being arrested for no reason. My bond was good and my appeal was refiled. I was and still feel I was not treated fairly because probation and the judge had it out for me.

C. **GROUND THREE:** Ineffective Counsel Denial of effective counsel my attorney did not even try to fight anything.

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law):

My attorney had not one witness nor did he even prepare for my original hearing. When he was paid in full then and only then did he tell me the court are going to give me my whole 10 years back and I had no chance for any run of luck. He just said that and walked away. He did nothing

CONTINUED ON NEXT PAGE

additional response to ground (3) question (C)

Not only did the court reject my motion filed by my lawyer the one time I have told you about there were 3 or 4 other times my attorney had to refile dew to mistakes made on the lawyers part. The 10th court kept sending them and rejecting my motion and my lawyer kept filing. I never once was told of any of this messing up. I only found out when I filed for all of my paper work from my lawyer. And I had to turn him into the State Bar to get all of my paper work. He took my money and did nothing for me what so ever. I have lost everything wife, children, home, everything

D. **GROUND FOUR:** <ins>Very harsh very unfair punishment for a simple violation after 9 years and 2 months of good clean Probation.</ins>

Supporting FACTS (tell your story briefly without citing cases or law):

<ins>I was given my whole 10 years back for a violation only, no new charges nothing more then a violation, without reguards to how good and successful I had been on probation for 9 years and 2 months just bam 10 years TDC and a $1500 fine. I have lost everything</ins>

21. Have you previously filed a federal habeas petition attacking the same conviction, parole revocation, or disciplinary proceeding that you are attacking in this petition?

    ☐ Yes     ☑ No

    If your answer is "yes," give the date on which each petition was filed, the federal court in which it was filed, and whether the petition was (a) dismissed without prejudice or (b) denied.

22. Are any of the grounds listed in paragraph 20 above presented for the first time in this petition?

    ☐ Yes     ☐ No

    If your answer is "yes," state briefly what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

-8-

CONTINUED ON NEXT PAGE

additional answer to ground (4) question (D)

Not only was my violation a two (2) year state jail felony it was also or could have been 180 days in county a fine and then releasing me off of my probation. But as I said the judge would not hear it and he gave me my whole 10 years back. Even though I was very successful on the 9 years and 2 months I was on probation he gave me my whole 10 back. I have lost everything. I have nothing to my name. Nothing. My punishment was way too harsh for the violation I was revoked on.

Additional information on ground (5) question (E)

In all of my case papers when it went in front for a motion for a rehearing or for a new trial, In each and every time and every judgement there was the same Chief justice. It was overruled and affirmed each and every time by Justice Tom Gray of the Tenth Court of appeals. No other judge ever ruled on my case in any of the filing my attorney put in.

23. Do you have any habeas corpus proceedings or appeals now pending in any court, either state or federal, relating to the judgment or proceeding under attack?

☐ Yes     ☒ No

If "yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed.

_____

_____

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed on *Jan - 25 - 2001* (date).

*Benny Margottta*
Signature of Petitioner (required)

Petitioner's current address: *Joe Gurney Unit P.O. Box 6400 B-3-06 Tennessee Colony Texas 75861*